# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | | In Proceedings Under Chapter 13 |
| Nathan Vuagniaux | Deborah Vuagniaux fka Deborah Hill | BK 06−30292−lkg |
| Debtor(s) | | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−0637   xxx−xx−2492

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Russell C Simon is discharged as Trustee in this cause and the sureties on the Trustee's bond are released from further liability in this case.

The chapter 13 case of the above named debtor is closed.

ENTERED: April 22, 2011                                 /s/ Laura K. Grandy
                                                        UNITED STATES BANKRUPTCY JUDGE